UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.I.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04740-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Charles R. Breyer for consideration of whether the case is related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, No. 23-md-3084-CRB.

    **IT IS SO ORDERED.**

Dated: October 26, 2023

VINCE CHHABRIA
United States District Judge