IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: 23-cv-04740-VC 23-cv-05524-VC | Case No. 23-md-03084-CRB **ORDER RELATING CASES** |

Having reviewed Judge Chhabria's sua sponte referrals pursuant to Civil Local Rule 3-12(c), see Dkts. 31, 41, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. The Court therefore reassigns the above-captioned cases to itself.

**IT IS SO ORDERED.**

Dated: October 30, 2023

CHARLES R. BREYER
United States District Judge